# **VERIFICATION**

I, Solomon Chau, hereby declare as follows:

I am the plaintiff in this action.  I have read the verified stockholder derivative complaint. Based upon discussions with and reliance upon my counsel, and as to those facts of which I have personal knowledge, the complaint is true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and Accepted:

Dated:_____6/10/2022_____

DocuSigned by:

Solomon Chau

61A49E6CD8EE430  SOLOMON CHAU