**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SOLOMON CHAU, Derivatively on Behalf of TESLA, INC., | Case No.: 1:22-cv-00592-LY |
| Plaintiff, | |
| v. | |
| ELON MUSK, ROBYN DENHOLM, KIMBAL MUSK, IRA EHRENPREIS, JAMES MURDOCH, LAWRENCE J. ELLISON, KATHLEEN WILSON-THOMPSON, HIROMICHI MIZUNO, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, BRAD W. BUSS, and LINDA JOHNSON RICE, | |
| Defendants, | |
| -and- | |
| TESLA, INC., a Delaware Corporation, | |
| Nominal Defendant. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Doru Gavril, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc. in this case, and would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm Freshfields Bruckhaus Deringer

US LLP, with offices at:

|                   |                                          |
|-------------------|------------------------------------------|
| Mailing address:  | 855 Main Street                          |
|                   | Redwood City, California 94063           |
| Telephone:        | (650) 421-8200                           |
| Facsimile:        | (212) 277-4001                           |
| Email:            | doru.gavril@freshfields.com              |

2.      Since April 7, 2012, Applicant has been and presently is a member of and in good standing

with the Bar of California. Applicant's California bar license number is 282309.

3.      Applicant has been admitted to practice before the following courts:

| Court:                                                        | Admission date:  |
|---------------------------------------------------------------|------------------|
| California Supreme Court                                      | Apr. 7, 2012     |
| California Court of Appeals, 6th District                    | Sept. 27, 2021   |
| U.S. Court of Appeals for the Ninth Circuit                  | June 3, 2019     |
| U.S. District Court for the Central District of California   | Oct. 8, 2018     |
| U.S. District Court for the Northern District of California  | Nov. 8, 2012     |
| U.S. District Court for the District of Colorado             | Oct. 29, 2021    |

4.      Applicant is presently an active member in good standing of the courts listed above.

5.      Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court.

6.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses

(omitting minor traffic offenses).

7.      Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

8.    Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

|  |  |
|---|---|
| Co-counsel: | Gary Ewell<br>TX Bar No. 06752800 |
| Mailing address: | 111 Congress Avenue, Suite 2800<br>Austin, Texas 78701 |
| Telephone: | (512) 770-4030 |
| Facsimile: | (877) 851-6384 |
| Email: | gewell@ebbklaw.com |

9.    Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2), with checks made payable to: Clerk, U.S. District Court.

10.    Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

WHEREFORE, Applicant prays that this Court enter an Order permitting the admission of Doru Gavril to the Western District of Texas *pro hac vice* for this case only.

Dated: July 8, 2022                          Respectfully submitted,


                                             /s/ Doru Gavril
                                             Doru Gavril
                                             California Bar No. 282309
                                             Freshfields Bruckhaus Deringer US LLP
                                             855 Main Street
                                             Redwood City, California 94063
                                             (650) 421-8200
                                             (212) 277-4001 (fax)
                                             doru.gavril@freshfields.com

                                             *Attorney for Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each

attorney of record and the original upon the Clerk of Court on this 8th day of July, 2022.

_/s/ Doru Gavril_
Doru Gavril