UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOLOMON CHAU, Derivatively on Behalf of TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, ROBYN DENHOLM, KIMBAL MUSK, IRA EHRENPREIS, JAMES MURDOCH, LAWRENCE J. ELLISON, KATHLEEN WILSON-THOMPSON, HIROMICHI MIZUNO, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, BRAD W. BUSS, and LINDA JOHNSON RICE, <br><br> Defendants, <br><br> -and- <br><br> TESLA, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No.: 1:22-cv-00592-LY |

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 2022, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Doru Gavril ("Applicant"), counsel for Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and

1

2

Applicant may appear on behalf of the Defendants and Nominal Defendant in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE