UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOLOMON CHAU, Derivatively on Behalf of TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, ROBYN DENHOLM, KIMBAL MUSK, IRA EHRENPREIS, JAMES MURDOCH, LAWRENCE J. ELLISON, KATHLEEN WILSON-THOMPSON, HIROMICHI MIZUNO, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, BRAD W. BUSS, and LINDA JOHNSON RICE, <br><br> Defendants, <br><br> -and- <br><br> TESLA, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No.: 1:22-cv-00592-LY |

**RULE 7.1 DISCLOSURE STATEMENT**

1

In accordance with Federal Rule of Civil Procedure 7.1, Nominal Defendant Tesla, Inc. represents that it is a corporation organized and formed under the laws of the State of Delaware. Tesla, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 8, 2022

Respectfully submitted,

EWELL, BROWN, BLANKE & KNIGHT LLP

  /s/ Gary Ewell
Gary Ewell (SBN: 06752800)
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: (512) 770-4000
Facsimile: (877) 851-6384
gewell@ebbklaw.com

Boris Feldman
California Bar No. 128838
Doru Gavril
California Bar No. 282309
Drew Liming
California Bar No. 305156
* *Applications for Admission Pro Hac Vice Pending*
Freshfields Bruckhaus Deringer US LLP
855 Main Street
Redwood City, California 94063
(650) 421-8200
(212) 277-4001 (fax)
boris.feldman@freshfields.com

Jennifer Loeb
California Bar No. 996094
* *Application for Admission Pro Hac Vice Pending*
Freshfields Bruckhaus Deringer US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
(212) 277-4001 (fax)
jennifer.loeb@freshfields.com

*Attorneys for Nominal Defendant Tesla, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this statement upon each attorney of record and the original upon the Clerk of Court on this 8th day of July, 2022.

/s/ *Gary Ewell*

Gary Ewell