UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOLOMON CHAU, Derivatively on Behalf of TESLA, INC., | Case No.: 1:22-cv-00592-LY |
| Plaintiff, | |
| v. | |
| ELON MUSK, ROBYN DENHOLM, KIMBAL MUSK, IRA EHRENPREIS, JAMES MURDOCH, LAWRENCE J. ELLISON, KATHLEEN WILSON-THOMPSON, HIROMICHI MIZUNO, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, BRAD W. BUSS, and LINDA JOHNSON RICE, | |
| Defendants, | |
| -and- | |
| TESLA, INC., a Delaware Corporation, | |
| Nominal Defendant. | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS AND NOMINAL DEFENDANT

Gary Ewell and Alithea Sullivan, of Ewell, Brown, Blanke & Knight, LLP, hereby appear as additional counsel for Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc. in the above-styled and numbered cause.

Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc. respectfully request that the undersigned attorney receive all notices and orders from the Court as well as service of all documents by other parties.

Dated:  July 8, 2022                                    Respectfully submitted,

**EWELL, BROWN, BLANKE & KNIGHT, LLP**

/ s / Gary Ewell
Gary Ewell (SBN: 06752800)
Alithea Z. Sullivan (SBN: 24072376)
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: (512) 770-4000
Facsimile: (877) 851-6384
gewell@ebbklaw.com
asullivan@ebbklaw.com

*Counsel for Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 8th day of July, 2022, a true and correct copy of the foregoing *Notice of Appearance of Additional Counsel for Defendants and Nominal Defendant* was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                              */ s / Gary Ewell*
                                              Gary Ewell