United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Ewell, Gary |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, July 8, 2022 |
| Re: | 01:22-CV-00592-LY / Doc # 7 / Filed On: 07/08/2022 02:11 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Motions to Appear Pro Hac Vice require the original hand signature of the applying attorney. Electronic signatures are not accepted.  Please refile the motion with an original signature and use the MISCELLANEOUS MOTION event to avoid being required to pay the filing fee a second time.