UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOLOMON CHAU, Derivatively on Behalf of TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, ROBYN DENHOLM, KIMBAL MUSK, IRA EHRENPREIS, JAMES MURDOCH, LAWRENCE J. ELLISON, KATHLEEN WILSON-THOMPSON, HIROMICHI MIZUNO, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, BRAD W. BUSS, and LINDA JOHNSON RICE, <br><br> Defendants, <br><br> -and- <br><br> TESLA, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No.: 1:22-cv-00592-LY |

[Caption continued on next page]

| | |
|---|---|
| ALVIN JANKLOW, Derivatively on Behalf of TESLA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ELON MUSK, ROBYN DENHOLM, KIMBAL MUSK, IRA EHRENPREIS, JAMES MURDOCH, LAWRENCE J. ELLISON, KATHLEEN WILSON-THOMPSON, HIROMICHI MIZUNO, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, BRAD W. BUSS, and LINDA JOHNSON RICE, <br><br>  Defendants, <br><br> -and- <br><br> TESLA, INC., a Delaware Corporation, <br><br>  Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § Case No.: 1:22-cv-00611-LY |

## UNOPPOSED MOTION TO CONSOLIDATE RELATED DERIVATIVE ACTIONS AND APPOINT CO-LEAD COUNSEL

**I.**

There are currently two related stockholder derivative actions brought by Soloman Chau and Alvin Janklow (together, "Plaintiffs") pending before this Court against Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, who are allegedly current or former directors and officers of nominal defendant Tesla, Inc. (collectively "Defendants"): (i) *Chau v. Musk, et al.*, Case No. 1:22-cv-00592-LY; and (ii) *Janklow v. Musk, et al.*, Case No. 1:22-cv-00611-LY (together, the "Related Actions").

**II.**

Rule 42(a) of the Federal Rules of Civil Procedure provides that when actions involve "a

common question of law or fact," the court may: "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a).  For the reasons set forth below, the parties agree that these two cases, as well as any subsequently filed related stockholder derivative actions, should be consolidated to facilitate the efficient prosecution of the related actions.

### III.

The parties agree that the Related Actions arise out of the same factual circumstances, challenge similar alleged misconduct by certain current and former directors and executive officers, and involve common questions of law and fact.

### IV.

The parties agree, therefore, that the Related Actions, as well as any subsequently filed similar stockholder derivative actions, should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action"), in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources.

### V.

In addition, in order to fully realize the efficiencies promised by consolidation, and to ensure the effective prosecution of the derivative claims, Plaintiffs respectfully request that the Kendall Law Group, PLLC ("Kendall") and Robbins LLP ("Robbins") be appointed by the Court as co-lead counsel to prosecute the proposed Consolidated Derivative Action and any subsequently filed related derivative actions arising from the same or similar factual allegations.  Kendall and Robbins have substantial experience representing stockholders in complex derivative actions, and are competent to serve in this role.  *See* Firm Resumes attached as Exhibits A and B.

Defendants do not oppose, and take no position with respect to, the appointment of lead counsel.

Dated: July 12, 2022                                Respectfully submitted,

                                                    KENDALL LAW GROUP, PLLC

                                                    /s/ *Joe Kendall*
                                                    JOE KENDALL
                                                    Texas State Bar No. 11260700
                                                    3811 Turtle Creek Blvd., Suite 1450
                                                    Dallas, TX 75219
                                                    Telephone: (214)744-3000
                                                    Facsimile: (214)744-3015
                                                    jkendall@kendalllawgroup.com

                                                    ROBBINS LLP
                                                    BRIAN J. ROBBINS
                                                    CRAIG W. SMITH (*pro hac vice to be filed*)
                                                    SHANE P. SANDERS (*pro hac vice to be filed*)
                                                    5040 Shoreham Place
                                                    San Diego, CA 92122
                                                    Telephone: (619) 525-3990
                                                    Facsimile: (619) 525-3991
                                                    E-mail: brobbins@robbinsllp.com
                                                    csmith@robbinsllp.com
                                                    ssanders@robbinsllp.com

                                                    Attorneys for Plaintiffs Solomon Chau and Alvin Janklow and [Proposed] Co-Lead Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

I certify that on July 5 and July 8, 2022, I conferred with counsel for Defendants, Drew Liming and Doru Gavril of Freshfields Bruckhaus Deringer US LLP, regarding the substance of this motion and they stated that they do not oppose, and take no position with respect to, the appointment of lead counsel.

                                                    /s/ *Shane P. Sanders*
                                                    SHANE P. SANDERS

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on July 12, 2022, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

                                                  */s/ Joe Kendall*
                                                  JOE KENDALL