

FILED
JUL 22 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOLOMON CHAU, Derivatively on Behalf of TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, et al., <br><br> Defendants, <br><br> -and- <br><br> TESLA, INC., a Delaware Corporation, <br><br> *Nominal Defendant.* | Case No.: 1:22-cv-00592-LY |
| ALVIN JANKLOW, Derivatively on Behalf of TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, et al. <br><br> Defendants, <br><br> -and- <br><br> TESLA, INC., a Delaware Corporation, <br><br> *Nominal Defendant.* | Case No.: 1:22-cv-00611-LY |

**ORDER GRANTING AGREED MOTION TO SET SCHEDULE ON FILING OF CONSOLIDATED COMPLAINT AND BRIEFING ON RESPONSE THERETO**

- 2 -

On this day, the Court considered the Agreed Motion to Set Schedule on Filing of Consolidated Complaint and Briefing on Response Thereto (the "Motion"). After consideration the Court hereby GRANTS the Motion.

Accordingly, the Court ORDERS as follows:

1. Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, Linda Johnson Rice, and nominal defendant Tesla, Inc. need not answer, move to dismiss, or otherwise respond to the complaints that have been filed in *Chau v. Musk, et al.*, Case No. 1:22-cv-00592-LY, or *Janklow v. Musk, et al.*, Case No. 1:22-cv-00611-LY, at this time.

2. Within forty-five (45) days of entry of the order ruling on the Agreed Motion to Consolidate and Appoint Co-Lead Counsel, Plaintiffs shall file a Consolidated Complaint.

3. Within sixty (60) days of filing and service of the Consolidated Complaint, Defendants shall file and serve a responsive pleading or answer to the Consolidated Complaint.

4. If Defendants respond with a motion to dismiss, within sixty (60) days of filing and service, Plaintiffs shall file and serve their opposition to the motion.

5. Defendants shall file and serve any reply in support of their motion within thirty (30) days of the filing and service of Plaintiffs' opposition.

SO ORDERED, THIS 22nd DAY OF July, 2022.

HON. LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE

1579149_1