## VERIFICATION

I, Alvin Janklow, hereby declare as follows:

I am the plaintiff in this action. I have read the verified consolidated stockholder derivative complaint. Based upon discussions with and reliance upon my counsel, and as to those facts of which I have personal knowledge, the complaint is true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and Accepted:

Dated: 9/1/2022

DocuSigned by:
*Alvin Janklow*
99B2D40EC59D421...
ALVIN JANKLOW