UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 8 2022
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |
| This Document Relates To:<br><br>All Cases | **DEMAND FOR JURY TRIAL** |

## ORDER

Upon application of plaintiff Alvin Janklow ("Plaintiff"), and for good causes shown,

**IT IS HEREBY ORDERED** this 8th day of September, 2022, that Plaintiff may file his unredacted Consolidated Complaint in the above-captioned matter under seal.

_____
UNITED STATES DISTRICT JUDGE

1588936