UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Lead Case No.: 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |

On this day, the Court considered the Agreed Motion to Set Page Limits of Pleadings Filed in Response to Plaintiffs' Consolidated Complaint (the "Motion"). After consideration the Court hereby GRANTS the Motion.

Accordingly, the Court ORDERS as follows:

1. In order to conserve judicial resources and promote efficient, Defendants shall file an omnibus Motion to Dismiss not to exceed twenty-five (25) pages.

6. Plaintiffs shall file an omnibus Opposition to Defendants' Motion to Dismiss not to exceed thirty (30) pages.

7. Defendants shall file an omnibus Reply in support of Defendants' Motion to Dismiss not to exceed fifteen (15) pages.

SO ORDERED, THIS _____ DAY OF _____, 2022.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE