UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> All Cases | § § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-LY <br><br> (Consolidated with Case No. 1:22-cv-00611-LY) <br><br><br> <u>DEMAND FOR JURY TRIAL</u> |

**NOTICE OF CHANGE OF ADDRESS**

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective November 1, 2022, the law firm of Robbins LLP changed its address from 5040 Shoreham Place, San Diego, CA 92122 to:

5060 Shoreham Place, Suite 300
San Diego CA 92122

The telephone and facsimile numbers and email and website addresses remain the same.

Please revise your records accordingly.

DATED: November 3, 2022               ROBBINS LLP
                                       BRIAN J. ROBBINS
                                       CRAIG W. SMITH (admitted *pro hac vice*)
                                       SHANE P. SANDERS (admitted *pro hac vice*)

                                       */s/ Craig W. Smith*
                                       5060 Shoreham Place, Suite 300
                                       San Diego, CA 92122
                                       Telephone: (619) 525-3990
                                       Facsimile: (619) 525-3991
                                       E-mail: brobbins@robbinsllp.com
                                               csmith@robbinsllp.com
                                               ssanders@robbinsllp.com

                                       Co-Lead Counsel for Plaintiffs

1590779

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 3, 2022, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

                                         */s/ Craig W. Smith*
                                         CRAIG W. SMITH