UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | § § § § § § § Lead Case No. 1:22-cv-00592-LY § § (Consolidated with Case No. 1:22-cv-00611-LY) § § § § § § DEMAND FOR JURY TRIAL § § |
| This Document Relates To:  All Cases | |

## NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective November 1, 2022, the law firm of Robbins LLP changed its address from 5040 Shoreham Place, San Diego, CA 92122 to:

5060 Shoreham Place, Suite 300
San Diego CA 92122

The telephone and facsimile numbers and email and website addresses remain the same.

Please revise your records accordingly.

DATED: November 3, 2022       ROBBINS LLP
                              BRIAN J. ROBBINS
                              CRAIG W. SMITH (admitted *pro hac vice*)
                              SHANE P. SANDERS (admitted *pro hac vice*)

                              */s/ Shane P. Sanders*
                              5060 Shoreham Place, Suite 300
                              San Diego, CA 92122
                              Telephone: (619) 525-3990
                              Facsimile: (619) 525-3991
                              E-mail: brobbins@robbinsllp.com
                                      csmith@robbinsllp.com
                                      ssanders@robbinsllp.com

                              Co-Lead Counsel for Plaintiffs

1590779

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 3, 2022, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

                                           */s/ Shane P. Sanders*
                                           SHANE P. SANDERS