UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Lead Case No.: 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |

FILED
NOV 14 2022

## ORDER

Before the Court is the Motion for Leave to File Defendants' Motion to Dismiss the Verified Consolidated Derivative Complaint Under Seal (the "Motion for Leave").

IT IS HEREBY ORDERED this 14th day of November, 2022, that Defendants may file their unredacted Motion to Dismiss the Verified Consolidated Derivative Complaint in the above-captioned matter under seal.

SIGNED this 14th day of November, 2022.

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1