UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § § § § |  Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY)<br><br><br>DEMAND FOR JURY TRIAL |

**NOTICE OF CHANGE OF ADDRESS**

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective November 1, 2022, the law firm of Robbins LLP changed its address from 5040 Shoreham Place, San Diego, CA 92122 to:

5060 Shoreham Place, Suite 300
San Diego CA 92122

The telephone and facsimile numbers and email and website addresses remain the same.

Please revise your records accordingly.

DATED: November 16, 2022          ROBBINS LLP
                                  BRIAN J. ROBBINS
                                  CRAIG W. SMITH (admitted *pro hac vice*)
                                  SHANE P. SANDERS (admitted *pro hac vice*)

                                  */s/ Craig W. Smith*
                                  5060 Shoreham Place, Suite 300
                                  San Diego, CA 92122
                                  Telephone: (619) 525-3990
                                  Facsimile: (619) 525-3991
                                  E-mail: brobbins@robbinsllp.com
                                          csmith@robbinsllp.com
                                          ssanders@robbinsllp.com

                                  Co-Lead Counsel for Plaintiffs

1590779

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 16, 2022, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

*/s/ Craig W. Smith*
CRAIG W. SMITH