UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY)<br><br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE the appearance of Emily R. Bishop on behalf of plaintiffs is hereby withdrawn in the above-referenced action. Effective October 14, 2022, Emily R. Bishop is no longer employed at Robbins LLP.

Brian J. Robbins, Craig W. Smith, and Shane P. Sanders will continue to serve as counsel of record for plaintiffs. Notice of further proceedings in this action, as well as copies of all pleadings and other filings should continue to be directed to Brian J. Robbins, Craig W. Smith, and Shane P. Sanders.

Dated: November 16, 2022

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH (admitted *pro hac vice*)
SHANE P. SANDERS (admitted *pro hac vice*)

*/s/ Shane P. Sanders*
SHANE P. SANDERS
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        csmith@robbinsllp.com
        ssanders@robbinsllp.com

Co-Lead Counsel for Plaintiffs

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 16, 2022, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

                                     */s/ Shane P. Sanders*
                                     SHANE P. SANDERS

1597428