United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Sanders, Shane P. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, November 16, 2022 |
| Re: | 01:22-CV-00592-LY / Doc # 51 / Filed On: 11/16/2022 01:30 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The Court requires that any counsel who wishes to withdraw from a case or substitute as counsel file a MOTION not an Advisory or Notice.  Please re-file your request as a MOTION with a Proposed Order.  Original counsel will be left on the case until said motion is filed and ruled on.