UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> All Cases | § § § § § § § § § § § § § § § Lead Case No. 1:22-cv-00592-LY <br><br> (Consolidated with Case No. 1:22-cv-00611-LY) <br><br><br> DEMAND FOR JURY TRIAL |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW EMILY R. BISHOP AS ATTORNEY

Shane P. Sanders moves to withdraw the appearance of Emily R. Bishop on behalf of plaintiffs in the above-referenced action pursuant to Western District of Texas Local Rule AT-3. Effective October 14, 2022, Emily R. Bishop is no longer employed at Robbins LLP.

Brian J. Robbins, Craig W. Smith, and Shane P. Sanders will continue to serve as counsel of record for plaintiffs. Notice of further proceedings in this action, as well as copies of all pleadings and other filings should continue to be directed to Brian J. Robbins, Craig W. Smith, and Shane P. Sanders.

Counsel for plaintiffs conferred with counsel for defendants, who have indicated they do not oppose the relief requested.

WHEREFORE, premises considered, Shane P. Sanders request the Court enter an order permitting the withdrawal of Emily R. Bishop as counsel of record for plaintiffs, and grant such other relief to which entitled.

Dated: November 16, 2022            ROBBINS LLP

                                    */s/ Shane P. Sanders*
                                    SHANE P. SANDERS (admitted *pro hac vice*;
                                        CA 237146)

- 2 -

BRIAN J. ROBBINS
CRAIG W. SMITH (admitted *pro hac vice*;
  CA 164886
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: ssanders@robbinsllp.com
        brobbins@robbinsllp.com
        csmith@robbinsllp.com

Co-Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 16, 2022, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

*/s/ Shane P. Sanders*
SHANE P. SANDERS

1600269