UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY)<br><br><br><br>DEMAND FOR JURY TRIAL |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW EMILY R. BISHOP AS ATTORNEY

Came on to be considered the Unopposed Motion for Leave to Withdraw Emily R. Bishop as Attorney (the "Motion") filed by Shane P. Sanders, counsel for plaintiffs. The Court, after having considered the Motion, believes the Motion should be granted.

IT IS THEREFORE ORDERED that Emily R. Bishop is permitted to withdraw, and is hereby withdrawn, as counsel for plaintiffs in this case.

Signed this _____ day of _____, 2022.

_____
HON. LEE YEAKEL
DISTRICT COURT JUDGE

- 1 -