FILED

22 NOV 18 ᴬᴹ 3:07

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:22-cv-00592-LY <br><br> (Consolidated with Case No. 1:22-cv-00611-LY) |
| This Document Relates To: <br><br> All Cases | DEMAND FOR JURY TRIAL |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW EMILY R. BISHOP AS ATTORNEY

Came on to be considered the Unopposed Motion for Leave to Withdraw Emily R. Bishop as Attorney (the "Motion") filed by Shane P. Sanders, counsel for plaintiffs. The Court, after having considered the Motion, believes the Motion should be granted.

IT IS THEREFORE ORDERED that Emily R. Bishop is permitted to withdraw, and is hereby withdrawn, as counsel for plaintiffs in this case.

Signed this _18th_ day of _November_, 2022.

_____
HON. LEE YEAKEL
DISTRICT COURT JUDGE