UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § § § Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY)<br><br>DEMAND FOR JURY TRIAL |

**AGREED MOTION TO MODIFY BRIEFING DEADLINES ON MOTION TO DISMISS**

COMES NOW plaintiff Alvin Janklow ("Plaintiff"), individual defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and nominal defendant Tesla Inc. ("Defendants," and with Plaintiff, the "Parties") move to modify the current deadlines for Plaintiff's opposition to the Defendants' pending motion to dismiss ("Motion to Dismiss") and the Defendants' reply in support of their Motion to Dismiss. In support of this motion, the Parties state and propose as follows:

1.  On July 22, 2022, the Court entered an order setting a schedule for the filing of a consolidated complaint and Defendants' response(s) thereto.

2.  Plaintiff filed a consolidated complaint on September 6, 2022. Defendants filed their Motion to Dismiss on November 7, 2022. Plaintiff's opposition to the Motion to Dismiss is currently due January 6, 2023, and Defendants' reply brief is currently due February 6, 2023.

3.  Due to unanticipated personal and health issues affecting Plaintiff's counsel in this matter, Plaintiff requested, and Defendants have agreed to, a one week extension of Plaintiff's deadline to file his opposition to the Motion to Dismiss, to January 13, 2023. The Parties have

further agreed that Defendants shall file any reply in support of their Motion to Dismiss by February 17, 2023.

5.   The agreed-to extension is not entered into for purposes of delay and will not result in any prejudice.

WHEREFORE, the Parties pray for an order extending the time for Plaintiff's opposition to the Motion to Dismiss and Defendants' reply in support of the Motion to Dismiss, as set forth in this motion.

| | |
|---|---|
| Dated: January 5, 2023 | ROBBINS LLP<br>BRIAN J. ROBBINS<br>CRAIG W. SMITH (admitted *pro hac vice*)<br>SHANE P. SANDERS (admitted *pro hac vice*)<br><br>*/s/ Shane P. Sanders*<br>5060 Shoreham Place, Suite 300<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>          csmith@robbinsllp.com<br>          ssanders@robbinsllp.com<br><br>KENDALL LAW GROUP, PLLC<br>JOE KENDALL<br>State Bar No. 11260700<br>3811 Turtle Creek, Blvd., Suite 1450<br>Dallas, TX 75219<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015<br>E-mail: jkendall@kendalllawgroup.com<br><br>*Co-Lead Counsel for Plaintiff* |
| Dated: January 5, 2023 | FRESHFIELDS BRUCKHAUS<br>   DERINGER US LLP<br>Doru Gavril (*pro hac vice*)<br>Drew S. Liming (*pro hac vice*)<br>Boris Feldman (*pro hac vice*)<br>Jennifer Loeb (*pro hac vice*)<br><br>*/s/ Doru Gavirl*<br>855 Main Street<br>Redwood City, CA 94063<br>Telephone: (650) 618-9250<br>E-mail: doru.gavril@freshfields.com<br>          drew.liming@freshfields.com |

EWELL, BROWN & BLANKE, LLP
Alithea Z. Sullivan
Gary Ewell
111 Congress Ave., Suite 2800
Austin, TX 78701
Telephone: (512) 770-4040
Facsimile: 512/236-3352
E-mail: asullivan@ebblaw.com
    gewell@ebbklaw.com

*Counsel for Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc.*

## **CERTIFICATE OF CONFERENCE**

I certify that on January 5, 2023, I conferred with counsel for Defendants, Doru Gavril of Freshfields Bruckhaus Deringer US LLP, regarding the substance of this motion and he stated that Defendants agree with the relief requested herein.

    /s/ Shane P. Sanders
    SHANE P. SANDERS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on January 5, 2023, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

    /s/ Shane P. Sanders
    SHANE P. SANDERS

1605164