UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY)<br><br><br><br>DEMAND FOR JURY TRIAL |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO MODIFY BRIEFING DEADLINES ON MOTION TO DISMISS**

On this day, the Court considered the Agreed Motion to Modify Briefing Deadlines on Motion to Dismiss (the "Motion"). After consideration the Court hereby GRANTS the Motion. Accordingly, the Court ORDERS as follows:

1. Plaintiff shall file and serve his opposition to Defendants' Motion to Dismiss on or before January 13, 2023.

2. Defendants shall file and serve any reply in support of their Motion to Dismiss on or before February 17, 2023.

SO ORDERED, this _____ day of _____, 2023.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE

1605166