FILED

JAN 9 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY)<br><br><br>**DEMAND FOR JURY TRIAL** |
| This Document Relates To:<br><br>All Cases | | |

## ORDER GRANTING AGREED MOTION TO MODIFY BRIEFING DEADLINES ON MOTION TO DISMISS

On this day, the Court considered the Agreed Motion to Modify Briefing Deadlines on Motion to Dismiss (the "Motion"). After consideration the Court hereby GRANTS the Motion. Accordingly, the Court ORDERS as follows:

1.  Plaintiff shall file and serve his opposition to Defendants' Motion to Dismiss on or before January 13, 2023.

2.  Defendants shall file and serve any reply in support of their Motion to Dismiss on or before February 17, 2023.

SO ORDERED, this _9th_ day of _January_, 2023.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE

1605166

- 1 -