

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |
| This Document Relates To:<br><br>All Cases | DEMAND FOR JURY TRIAL |

[] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS VERIFIED CONSOLIDATED COMPLAINT UNDER SEAL

Upon application of plaintiff Alvin Janklow ("Plaintiff"), and for good causes shown,

IT IS HEREBY ORDERED this ___ day of January, 2023, that Plaintiff may file his unredacted Opposition to Defendants' Motion to Dismiss Verified Consolidated Complaint under seal.

Signed January 18, 2023.

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1605958

- 1 -