IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 7 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION, § § § § § § § § § § § § | LEAD CASE NO. 1:22-CV-592-LY (MEMBER CASE 1:22-CV-611-LY) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

**IT IS ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Verified Consolidated Derivative Complaint (Doc. #46) and related briefing is **REFERRED** to United States Magistrate Dustin Howell for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this ___7th___ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE