**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-LY |
| | (Consolidated with Case No. 1:22-cv-00611-LY) |
| This Document Relates To:<br><br>    All Cases | |

## <u>MOTION TO WITHDRAW COUNSEL</u>

**Drew Liming**, of the firm of Freshfields Bruckhaus Deringer US LLP, hereby submits this Motion to Withdraw as counsel for Nominal Defendants Tesla, Inc. and Individual Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice (collectively "Defendants"), with removal from all notices and services.

The undersigned counsel from Ewell, Brown, Blanke & Knight LLP will continue to represent Defendants, along with undersigned counsel from Freshfields Bruckhaus Deringer US LLP, so this withdrawal will cause no party any prejudice. Accordingly, Defendants respectfully request that the Court enter an order granting the withdrawal of Drew Liming.

Dated:  April 3, 2023

Respectfully submitted,

/s/ *Gary Ewell*

Gary Ewell (SBN: 06752800)
Alithea Z. Sullivan (SBN: 24072376)
EWELL, BROWN, BLANKE & KNIGHT LLP
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: (512) 770-4000
Facsimile: (877) 851-6384
E-mail:  gewell@ebbklaw.com
        asullivan@ebbklaw.com

~ and ~

Boris Feldman (*pro hac vice*)
Doru Gavril (*pro hac vice*)
Jennifer Loeb (*pro hac vice*)
Rebecca Lockert (*pro hac vice*)
Olivia Rosen (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
  DERINGER US LLP
855 Main Street
Redwood City, California 94063
Telephone: (650) 421-8200
Facsimile: (212) 277-4001
E-mail: boris.feldman@freshfields.com
      doru.gavril@freshfields.com
      jennifer.loeb@freshfields.com
      rebecca.lockert@freshfields.com
      olivia.rosen@freshfields.com

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record via the Court's CM/ECF system on the 3rd day of April, 2023.

/s/ *Gary Ewell*_____
Gary Ewell

1