UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>　All Cases | Lead Case No.: 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Came on to be considered the Motion to Withdraw Counsel (the "Motion") of Drew Liming as counsel for Nominal Defendants Tesla, Inc. and Individual Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice. The Court, after having considered the Motion, believe the Motion should be granted.

**IT IS THEREFORE ORDERED** that Drew Liming is permitted to withdraw as counsel for Nominal Defendants Tesla, Inc. and Individual Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and removed from all notices and service requirements.

SIGNED this the _____ day of _____, 2023.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE