FILED
APR 4 2023
CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |
| This Document Relates To:<br><br>All Cases | |

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

Came on to be considered the Motion to Withdraw Counsel (the "Motion") of Drew Liming as counsel for Nominal Defendants Tesla, Inc. and Individual Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice. The Court, after having considered the Motion, believe the Motion should be granted.

**IT IS THEREFORE ORDERED** that Drew Liming is permitted to withdraw as counsel for Nominal Defendants Tesla, Inc. and Individual Defendants Elon Musk, Robyn Denholm, Kimbal Musk, Ira Ehrenpreis, James Murdoch, Lawrence J. Ellison, Kathleen Wilson-Thompson, Hiromichi Mizuno, Antonio J. Gracias, Stephen T. Jurvetson, Brad W. Buss, and Linda Johnson Rice, and removed from all notices and service requirements.

SIGNED this the 4th day of April, 2023.

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1