IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION, | § § § § § | |
| ——————————————— | § § | LEAD CASE NO. 1:22-CV-592-LY ✓ (MEMBER CASE 1:22-CV-611-LY) |
| THIS DOCUMENT RELATES TO: ALL CASES | § § § § | |

FILED
APR 27 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## ORDER

**IT IS ORDERED** that the above-referenced cause is **TRANSFERRED** to the docket of the Honorable David A. Ezra, Senior United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective December 16, 2022, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this _____ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE