UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |

### [PROPOSED] ORDER GRANTING AGREED MOTION TO MODIFY DEADLINE TO FILE AMENDED COMPLAINT

On this day, the Court considered the Agreed Motion to Modify Deadline to File Amended Complaint (the "Motion"). After consideration the Court hereby GRANTS the Motion. Accordingly, the Court ORDERS as follows:

1. Plaintiff shall file and serve his amended complaint on or before November 3, 2023 (the "Amended Complaint").

2. Following the filing and service of the Amended Complaint, defendants shall have forty-five (45) days to file and serve a responsive pleading or answer to the Amended Complaint.

3. If defendants respond with a motion to dismiss, within forty-five (45) days of filing and service, plaintiff shall file and serve his opposition to the motion.

4. Defendants shall file and serve any reply in further support of their motion within twenty-one (21) days of the filing and service of plaintiff's opposition.

SO ORDERED, this _____ day of _____, 2023.

_____
HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRICT COURT JUDGE

1639108