UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | § § § § § Lead Case No. 1:22-cv-00592-DAE § § (Consolidated with Case No. 1:22-cv-00611-DAE) § § |
| This Document Relates To:<br><br>All Cases | § § § § § § |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT UNDER SEAL**

Upon application of plaintiff Alvin Janklow ("Plaintiff"), and for good causes shown, **IT IS HEREBY ORDERED** this 6th day of November, 2023, that Plaintiff may file his unredacted Verified Amended Consolidated Stockholder Derivative Complaint for Breach of Fiduciary Duty and Violation of Securities Law in the above-captioned matter under seal.

HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRICT COURT JUDGE