UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br><br> This Document Relates to: All Cases | § § § § § § § § § § § § § § § § Lead Case No. 1:22-cv-00592-DAE <br><br> (Consolidated with Case No. 1:22-cv-00611-DAE) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to the local rules, please take notice that Kendall Law Group, PLLC and the undersigned counsel have moved to the following address. Please note that only the suite number has changed:

Joe Kendall
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Tel: (214) 744-3000
Fax: (214) 744-3015
jkendall@kendalllawgroup.com

Please amend your records and counsel of record copy list accordingly, and send all future pleadings, memoranda, correspondence, orders, etc. to the above-referenced address.

Dated: November 7, 2023                    Respectfully submitted,

                                           /s/ Joe Kendall
                                           JOE KENDALL
                                           Texas Bar No. 11260700
                                           **KENDALL LAW GROUP, PLLC**
                                           3811 Turtle Creek Blvd., Suite 825
                                           Dallas, TX 75219

1

Tel: (214) 744-3000
Fax: (214) 744-3015
jkendall@kendalllawgroup.com

*Co-Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
JOE KENDALL