# EXHIBIT 2

Exhibit 2

15

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): July 19, 2023**

# Tesla, Inc.
#### (Exact Name of Registrant as Specified in Charter)

| Delaware | 001-34756 | 91-2197729 |
|---|---|---|
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |

**1 Tesla Road**
**Austin, Texas 78725**
###### (Address of Principal Executive Offices, and Zip Code)

**(512) 516-8177**
###### Registrant's Telephone Number, Including Area Code

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐    Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communication pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communication pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock | TSLA | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Exhibit 2

**Item 2.02 Results of Operations and Financial Condition.**

On July 19, 2023, Tesla, Inc. released its financial results for the quarter ended June 30, 2023 by posting its Second Quarter 2023 Update on its website. The full text of the update is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

This information is intended to be furnished under Item 2.02 of Form 8-K, "Results of Operations and Financial Condition" and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Tesla, Inc. Second Quarter 2023 Update, dated July 19, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

Exhibit 2

17

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

TESLA, INC.

By:  /s/ Zachary J. Kirkhorn

**Zachary J. Kirkhorn**
**Chief Financial Officer**

Date: July 19, 2023

Exhibit 2
18

Case 1:22-cv-00592-DAE   Document 78-3   Filed 12/18/23   Page 5 of 6



Exhibit 2
19

HIGHLIGHTS

SUMMARY

**Profitability**

9.6% operating margin

$2.4B GAAP operating income

$2.7B GAAP net income

$3.1B non-GAAP net income[1]

**Cash**

Operating cash flow of $3.1B

Free cash flow[2] of $1.0B

$0.7B increase in our cash and investments[3] QoQ to $23.1B

**Operations**

Cybertruck factory tooling on track; producing RC[4] builds

Model Y became the best-selling vehicle globally in Q1

Q2-2023 was a record quarter on many levels with our best-ever production and deliveries and revenue approaching $25B in a single quarter. We are excited that we were able to achieve such results given the macroeconomic environment we are currently in.

Our operating margin remained healthy at approximately 10%, even with price reductions in Q1 and early Q2. This reflects our ongoing cost reduction efforts, the continued production ramp success in Berlin and Texas and the strong performance of our Energy and Services & Other businesses.

Our commitment to being at the forefront of AI development entered a new chapter with the start of production of Dojo training computers. We are hopeful that our immense neural net training needs will be satisfied using our in-house designed Dojo hardware. The better the neural net training capacity, the greater the opportunity for our Autopilot team to iterate on new solutions.

In conclusion, we are focusing on cost reduction, new product development that will enable future growth, investments in R&D, better vehicle financing options, continuous product improvement and generation of free cash flow. The challenges of these uncertain times are not over, but we believe we have the right ingredients for the long-term success of the business through a variety of high potential projects.

[1] Excludes SBC (stock-based compensation)
[2] Free cash flow = operating cash flow less capex
[3] Includes cash, cash equivalents and investments
[4] RC builds = release candidate builds

Exhibit 2

20