# EXHIBIT 4

Exhibit 4
236

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549

## SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a)
of the Securities Exchange Act of 1934
(Amendment No. )**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement
☐   Confidential, for Use of the Commission Only (as permitted by Rule 14a-6 (e) (2))
☒   Definitive Proxy Statement
☐   Definitive Additional Materials
☐   Soliciting Material Pursuant to Section 240.14a-11 (c) or Section 240.14a-12

# TESLA, INC.

**(Name of Registrant as Specified in its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

Exhibit 4

237

PROXY STATEMENT
FOR 2022 ANNUAL MEETING OF STOCKHOLDERS

## Table of Contents

| | Page |
|---|---|
| IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE STOCKHOLDER MEETING TO BE HELD ON AUGUST 4, 2022 | 1 |
| QUESTIONS AND ANSWERS ABOUT THE 2022 ANNUAL MEETING AND PROCEDURAL MATTERS | 1 |
| PROPOSAL ONE - TESLA PROPOSAL FOR ELECTION OF DIRECTORS | 10 |
|     General | 10 |
|     Nominees for Class III Directors | 10 |
|     Information Regarding the Board and Director Nominees | 11 |
| PROPOSAL TWO - TESLA PROPOSAL FOR ADOPTION OF AMENDMENTS TO CERTIFICATE OF INCORPORATION TO REDUCE DIRECTOR TERMS TO TWO YEARS | 14 |
|     General | 14 |
|     Summary of the Proposed Amendment | 14 |
|     Reasons for the Proposed Amendment | 15 |
| PROPOSAL THREE - TESLA PROPOSAL FOR ADOPTION OF AMENDMENTS TO CERTIFICATE OF INCORPORATION AND BYLAWS TO ELIMINATE APPLICABLE SUPERMAJORITY VOTING REQUIREMENTS | 16 |
|     General | 16 |
|     Summary of the Proposed Amendments | 16 |
|     Reasons for the Proposed Amendments | 17 |
| PROPOSAL FOUR - TESLA PROPOSAL FOR ADOPTION OF AMENDMENTS TO CERTIFICATE OF INCORPORATION TO INCREASE THE NUMBER OF AUTHORIZED SHARES OF COMMON STOCK | 18 |
|     General | 18 |
|     Summary of the Proposed Amendment | 18 |
|     Reasons for the Proposed Amendment | 18 |
| PROPOSAL FIVE - TESLA PROPOSAL FOR RATIFICATION OF APPOINTMENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM | 20 |
|     General | 20 |
|     Principal Accounting Fees and Services | 20 |
|     Pre-Approval of Audit and Non-Audit Services | 20 |
| PROPOSAL SIX - STOCKHOLDER PROPOSAL REGARDING PROXY ACCESS | 21 |
|     Stockholder Proposal and Supporting Statement | 21 |
|     Opposing Statement of the Board | 22 |
| PROPOSAL SEVEN - STOCKHOLDER PROPOSAL REGARDING ANNUAL REPORTING ON ANTI-HARASSMENT AND DISCRIMINATION EFFORTS | 24 |
|     Stockholder Proposal and Supporting Statement | 24 |
|     Opposing Statement of the Board | 24 |
| PROPOSAL EIGHT- STOCKHOLDER PROPOSAL REGARDING ANNUAL REPORTING ON BOARD DIVERSITY | 26 |
|     Stockholder Proposal and Supporting Statement | 26 |
|     Opposing Statement of the Board | 27 |
| PROPOSAL NINE - STOCKHOLDER PROPOSAL REGARDING REPORTING ON EMPLOYEE ARBITRATION | 28 |
|     Stockholder Proposal and Supporting Statement | 28 |
|     Opposing Statement of the Board | 29 |
| PROPOSAL TEN - STOCKHOLDER PROPOSAL REGARDING REPORTING ON LOBBYING | 30 |
|     Stockholder Proposal and Supporting Statement | 30 |
|     Opposing Statement of the Board | 31 |
| PROPOSAL ELEVEN- STOCKHOLDER PROPOSAL REGARDING ADOPTION OF A FREEDOM OF ASSOCIATION AND COLLECTIVE BARGAINING POLICY | 32 |
|     Stockholder Proposal and Supporting Statement | 32 |
|     Opposing Statement of the Board | 33 |
| PROPOSAL TWELVE- STOCKHOLDER PROPOSAL REGARDING ADDITIONAL REPORTING ON CHILD LABOR | 34 |
|     Stockholder Proposal and Supporting Statement | 34 |
|     Opposing Statement of the Board | 35 |
| PROPOSAL THIRTEEN- STOCKHOLDER PROPOSAL REGARDING ADDITIONAL REPORTING ON WATER RISK | 36 |
|     Stockholder Proposal and Supporting Statement | 36 |
|     Opposing Statement of the Board | 37 |

Exhibit 4

238

| | |
|---|---|
| **CORPORATE GOVERNANCE** | 38 |
| *Investor Outreach* | 38 |
| *Code of Business Ethics and Corporate Governance Guidelines* | 38 |
| *Director Independence* | 38 |
| *Board Leadership Structure* | 39 |
| *Board Role in Risk Oversight* | 39 |
| *Board Meetings and Committees* | 40 |
| *Compensation Committee Interlocks and Insider Participation* | 42 |
| *Process and Considerations for Nominating Board Candidates* | 42 |
| *Board Diversity* | 43 |
| *Attendance at Annual Meetings of Stockholders by the Board* | 43 |
| *Stock Transactions* | 43 |
| *Contacting the Board* | 44 |
| **EXECUTIVE OFFICERS** | 45 |
| **EXECUTIVE COMPENSATION** | 46 |
| *Compensation Discussion and Analysis* | 46 |
| *Compensation Committee Report* | 54 |
| *Summary Compensation Table* | 55 |
| *Pay Ratio Disclosure* | 55 |
| *Grants of Plan-Based Awards in 2021* | 56 |
| *Outstanding Equity Awards at 2021 Fiscal Year-End* | 56 |
| *2021 Option Exercises and Stock Vested* | 58 |
| *Potential Payments Upon Termination or Change in Control* | 58 |
| *Compensation of Directors* | 58 |
| *Pledging of Shares* | 60 |
| *Equity Compensation Plan Information* | 60 |
| **CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS** | 62 |
| *Review of Related Party Transactions* | 62 |
| *Related Party Transactions* | 62 |
| **DELINQUENT SECTION 16(A) REPORTS** | 64 |
| **OWNERSHIP OF SECURITIES** | 65 |
| **AUDIT COMMITTEE REPORT** | 67 |
| **OTHER MATTERS** | 68 |
| **APPENDIX A - AMENDED AND RESTATED CERTIFICATE OF INCORPORATION OF TESLA, INC.** | A-1 |
| **APPENDIX B - AMENDED AND RESTATED BYLAWS OF TESLA, INC.** | B-1 |

APPENDIX A

**AMENDED AND RESTATED CERTIFICATE OF INCORPORATION**

**OF**

**TESLA, INC.**

**ARTICLE I**

The name of the corporation is Tesla ~~Motors~~, Inc.

**ARTICLE II**

The address of the Corporation's registered office in the State of Delaware is 1209 Orange Street, City of Wilmington, County of New Castle, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

**ARTICLE III**

The nature of the business or purposes to be conducted or promoted by the Corporation is to engage in any lawful act or activity for which corporations may be organized under the DGCL.

**ARTICLE IV**

4.1 <u>Authorized Capital Stock</u>. The total number of shares of all classes of capital stock which the corporation is authorized to issue is ~~2~~6,100,000,000 shares, consisting of ~~2~~6,000,000,000 shares of Common Stock, par value $0.001 per share (the "**Common Stock**"), and 100,000,000 shares of Preferred Stock, par value $0.001 per share (the "**Preferred Stock**").

4.2 <u>Increase or Decrease in Authorized Capital Stock</u>. The number of authorized shares of Preferred Stock or Common Stock may be increased or decreased (but not below the number of shares thereof then outstanding) by the affirmative vote of the holders of a majority in voting power of the stock of the corporation entitled to vote generally in the election of directors, irrespective of the provisions of Section 242(b)(2) of the DGCL (or any successor provision thereto), voting together as a single class, without a separate vote of the holders of the class or classes the number of authorized shares of which are being increased or decreased, unless a vote by any holders of one or more series of Preferred Stock is required by the express terms of any series of Preferred Stock as provided for or fixed pursuant to the provisions of Section 4.4 of this Article IV.

4.3 <u>Common Stock</u>.

(a) The holders of shares of Common Stock shall be entitled to one vote for each such share on each matter properly submitted to the stockholders on which the holders of shares of Common Stock are entitled to vote. Except as otherwise required by law or this certificate of incorporation (this "**Certificate of Incorporation**" which term, as used herein, shall mean the certificate of incorporation of the corporation, as amended from time to time, including the terms of any certificate of designations of any series of Preferred Stock), and subject to the rights of the holders of Preferred Stock, at any annual or special meeting of the stockholders the holders of shares of Common Stock shall have the right to vote for the election of directors and on all other matters properly submitted to a vote of the stockholders; provided, however, that, except as otherwise required by law, holders of Common Stock shall not be entitled to vote on any amendment to this Certificate of Incorporation that relates solely to the terms, number of shares, powers, designations, preferences, or relative participating, optional or other special rights (including, without limitation, voting rights), or to qualifications, limitations or restrictions thereon, of one or more outstanding series of Preferred Stock if the holders of such affected series are entitled, either separately or together with the holders of one more other such series, to vote thereon pursuant to this Certificate of Incorporation (including, without limitation, by any certificate of designations relating to any series of Preferred Stock) or pursuant to the DGCL.

(b) Subject to the rights of the holders of Preferred Stock, the holders of shares of Common Stock shall be entitled to receive such dividends and other distributions (payable in cash, property or capital stock of the corporation) when, as and if declared thereon by the Board of Directors from time to time out of any assets or funds of the corporation legally available therefor and shall share equally on a per share basis in such dividends and distributions.

Exhibit 4
240

(c) In the event of any voluntary or involuntary liquidation, dissolution or winding-up of the corporation, after payment or provision for payment of the debts and other liabilities of the corporation, and subject to the rights of the holders of Preferred Stock in respect thereof, the holders of shares of Common Stock shall be entitled to receive all the remaining assets of the corporation available for distribution to its stockholders, ratably in proportion to the number of shares of Common Stock held by them.

4.4 <u>Preferred Stock</u>.

(a) The Preferred Stock may be issued from time to time in one or more series pursuant to a resolution or resolutions providing for such issue duly adopted by the Board of Directors (authority to do so being hereby expressly vested in the Board of Directors). The Board of Directors is further authorized, subject to limitations prescribed by law, to fix by resolution or resolutions and to set forth in a certification of designations filed pursuant to the DGCL the powers, designations, preferences and relative, participation, optional or other rights, if any, and the qualifications, limitations or restrictions thereof, if any, of any wholly unissued series of Preferred Stock, including without limitation dividend rights, dividend rate, conversion rights, voting rights, rights and terms of redemption (including sinking fund provisions), redemption price or prices, and liquidation preferences of any such series, and the number of shares constituting any such series and the designation thereof, or any of the foregoing.

(b) The Board of Directors is further authorized to increase (but not above the total number of authorized shares of the class) or decrease (but not below the number of shares of any such series then outstanding) the number of shares of any series, the number of which was fixed by it, subsequent to the issuance of shares of such series then outstanding, subject to the powers, preferences and rights, and the qualifications, limitations and restrictions thereof stated in the Certificate of Incorporation or the resolution of the Board of Directors originally fixing the number of shares of such series. If the number of shares of any series is so decreased, then the shares constituting such decrease shall resume the status which they had prior to the adoption of the resolution originally fixing the number of shares of such series.

**ARTICLE V**

5.1 <u>General Powers</u>. The business and affairs of the corporation shall be managed by or under the direction of the Board of Directors.

5.2 <u>Number of Directors; Election; Term</u>.

(a) Subject to the rights of holders of any series of Preferred Stock with respect to the election of directors, the number of directors that constitutes the entire Board of Directors of the corporation shall be fixed solely by resolution of the Board of Directors.

(b) Subject to the rights of holders of any series of Preferred Stock with respect to the election of directors, ~~effective upon the closing date (the "**Effective Date**") of the initial sale of shares of common stock in the corporation's initial public offering pursuant to an effective registration statement filed under the Securities Act of 1933, as amended,~~ the directors of the corporation shall be divided into ~~three~~<u>two</u> classes as nearly equal in size as is practicable, hereby designated Class I <u>and</u>~~,~~ Class II ~~and Class III~~. The initial assignment of members of the Board of Directors to each such class shall be made by the Board of Directors. The term of office of the initial Class I directors shall expire at the ~~first~~ regularly-scheduled annual meeting of the stockholders ~~following the Effective Date~~<u>held in 2023</u>, <u>and</u> the term of office of the initial Class II directors shall expire at the ~~second~~<u>regularly-scheduled</u> annual meeting of the stockholders ~~following the Effective Date and the term of office of the initial Class III directors shall expire at the third annual meeting of the stockholders following the Effective Date~~<u>held in 2024</u>. At each annual meeting of stockholders, commencing with the ~~first~~ regularly-scheduled annual meeting of stockholders ~~following the Effective Date~~<u>held in 2023</u>, each of the successors elected to replace the directors of a Class whose term shall have expired at such annual meeting shall be elected to hold office until the ~~third~~<u>second</u> annual meeting next succeeding his or her election and until his or her respective successor shall have been duly elected and qualified. Subject to the rights of holders of any series of Preferred Stock with respect to the election of directors, if the number of directors that constitutes the Board of Directors is changed, any newly created directorships or decrease in directorships shall be so apportioned by the Board of Directors ~~among~~<u>between</u> the classes as to make ~~all~~<u>both</u> classes as nearly equal in number as is practicable, provided that no decrease in the number of directors constituting the Board of Directors shall shorten the term of any incumbent director.

(c) Notwithstanding the foregoing provisions of this Section 5.2, and subject to the rights of holders of any series of Preferred Stock with respect to the election of directors, each director shall serve until his or her successor is duly elected and qualified or until his or her earlier death, resignation, or removal.

(d) Elections of directors need not be by written ballot unless the Bylaws of the corporation shall so provide.

5.3 <u>Removal</u>. Subject to the rights of holders of any series of Preferred Stock with respect to the election of directors, a director may be removed from office by the stockholders of the corporation only for cause.

Exhibit 4
241

5.4 <u>Vacancies and Newly Created Directorships</u>. Subject to the rights of holders of any series of Preferred Stock with respect to the election of directors, and except as otherwise provided in the DGCL, vacancies occurring on the Board of Directors for any reason and newly created directorships resulting from an increase in the authorized number of directors may be filled only by vote of a majority of the remaining members of the Board of Directors, although less than a quorum, or by a sole remaining director, at any meeting of the Board of Directors. A person so elected by the Board of Directors to fill a vacancy or newly created directorship shall hold office until the next election of the class for which such director shall have been assigned by the Board of Directors and until his or her successor shall be duly elected and qualified.

## ARTICLE VI

In furtherance and not in limitation of the powers conferred by statute, the Board of Directors of the corporation is expressly authorized to adopt, amend or repeal the Bylaws of the corporation.

## ARTICLE VII

7.1 <u>No Action by Written Consent of Stockholders</u>. Except as otherwise expressly provided by the terms of any series of Preferred Stock permitting the holders of such series of Preferred Stock to act by written consent, any action required or permitted to be taken by stockholders of the corporation must be effected at a duly called annual or special meeting of the stockholders and may not be effected by written consent in lieu of a meeting.

7.2 <u>Special Meetings</u>. Except as otherwise expressly provided by the terms of any series of Preferred Stock permitting the holders of such series of Preferred Stock to call a special meeting of the holders of such series, special meetings of stockholders of the corporation may be called only by the Board of Directors, the chairperson of the Board of Directors, the chief executive officer or the president (in the absence of a chief executive officer), and the ability of the stockholders to call a special meeting is hereby specifically denied. The Board of Directors may cancel, postpone or reschedule any previously scheduled special meeting at any time, before or after the notice for such meeting has been sent to the stockholders.

7.3 <u>Advance Notice</u>. Advance notice of stockholder nominations for the election of directors and of business to be brought by stockholders before any meeting of the stockholders of the corporation shall be given in the manner provided in the Bylaws of the corporation.

## ARTICLE VIII

8.1 <u>Limitation of Personal Liability</u>. To the fullest extent permitted by the DGCL, as it presently exists or may hereafter be amended from time to time, a director of the corporation shall not be personally liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director. If the DGCL is amended to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a director of the corporation shall be eliminated or limited to the fullest extent permitted by the DGCL, as so amended. Any repeal or amendment of this Section 8.1 by the stockholders of the corporation or by changes in law, or the adoption of any other provision of this Certificate of Incorporation inconsistent with this Section 8.1 will, unless otherwise required by law, be prospective only (except to the extent such amendment or change in law permits the corporation to further limit or eliminate the liability of directors) and shall not adversely affect any right or protection of a director of the corporation existing at the time of such repeal or amendment or adoption of such inconsistent provision with respect to acts or omissions occurring prior to such repeal or amendment or adoption of such inconsistent provision.

8.2 <u>Indemnification</u>. To the fullest extent permitted by the DGCL, as it presently exists or may hereafter be amended from time to time, the corporation is also authorized to provide indemnification of (and advancement of expenses to) its directors, officers and agents of the corporation (and any other persons to which the DGCL permits the corporation to provide indemnification) through bylaw provisions, agreements with such agents or other persons, vote of stockholders or disinterested directors or otherwise.

## ARTICLE IX

The corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation (including any rights, preferences or other designations of Preferred Stock), in the manner now or hereafter prescribed by this Certificate of Incorporation and the DGCL; and all rights, preferences and privileges herein conferred upon stockholders by and pursuant to this Certificate of Incorporation in its present form or as hereafter amended are granted subject to the right reserved in this Article IX. ~~Notwithstanding any other provision of this Certificate of Incorporation, and in addition to any other vote that may be required by law or the terms of any series of Preferred Stock, the affirmative vote of the holders of at least 66 2/3% of the voting power of all then outstanding shares of capital stock of the corporation entitled to vote generally in the election of directors, voting together as a single class, shall be required to amend, alter or repeal, or adopt any provision as part of this Certificate of Incorporation inconsistent with the purpose and intent of, Article V, Article VI, Article VII or this Article IX (including, without limitation, any such Article as renumbered as a result of any amendment, alteration, change, repeal or adoption of any other Article).~~

Exhibit 4
242