UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |
| This Document Relates To:<br><br>All Cases | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT**

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Complaint (the "Motion"). The Court, having considered the arguments as set forth in the parties' briefing on the Motion, and pursuant to Federal Rules of Civil Procedure 23.1 and 12(b)(6), and finding good cause therefor, hereby GRANTS the Motion.

SIGNED this the _____ day of _____.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE
