UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |
| This Document Relates To:<br><br>All Cases | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE
BRIEF IN SUPPORT OF MOTION TO DISMISS
AMENDED CONSOLIDATED COMPLAINT UNDER SEAL**

Upon application of Defendants, and for good cause shown, IT IS HEREBY ORDERED that Defendants may file their unredacted Motion to Dismiss Plaintiffs' Amended Consolidated Complaint in the above-captioned matter under seal.

SIGNED this the 19th day of December, 2023         .

*[signature]*

HON. DAVID A. EZRA

UNITED STATES DISTRICT JUDGE
