UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § §   Lead Case No. 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO MODIFY MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT BRIEFING**

On this day, the Court considered the Agreed Motion to Modify Motion to Dismiss Amended Consolidated Complaint Briefing (the "Motion"). After consideration the Court hereby GRANTS the Motion. Accordingly, the Court ORDERS as follows:

1. Plaintiff shall file and serve his opposition to the Motion to Dismiss Plaintiffs' Amended Consolidated Complaint (the "Motion to Dismiss") to February 15, 2024.

2. Defendants shall file and serve any reply in further support of their Motion to Dismiss by March 21, 2024.

SO ORDERED, this _____ day of _____, 2024.

_____
HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRICT COURT JUDGE

1654929