UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> All Cases | § § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-DAE <br><br> (Consolidated with Case No. 1:22-cv-00611-DAE) |

### ORDER GRANTING MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT UNDER SEAL

Upon application of plaintiff Alvin Janklow ("Plaintiff"), and for good causes shown, **IT IS HEREBY ORDERED** this 16th day of February, 2024, that Plaintiff may file his unredacted Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Complaint in the above-captioned matter under seal.

HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRICT COURT JUDGE