UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |
| This Document Relates To:<br><br>All Cases | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT UNDER SEAL

Upon application of Defendants, and for good cause shown, IT IS HEREBY ORDERED that Defendants may file their unredacted Reply in Further Support of Motion to Dismiss Plaintiffs' Amended Consolidated Complaint in the above-captioned matter under seal.

SIGNED this the 25th day of March, 2024.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE