UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> All Cases | § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-DAE <br><br> (Consolidated with Case No. 1:22-cv-00611-DAE) |

## ORDER GRANTING MOTION FOR LEAVE TO FILE VERIFIED SECOND AMENDED CONSOLIDATED STOCKHOLDER DERIVATIVE COMPLAINT UNDER <u>SEAL</u>

Upon application of plaintiff Alvin Janklow ("Plaintiff"), and for good causes shown, **IT IS HEREBY ORDERED** this 16th day of May, 2024, that Plaintiff may file his unredacted Verified Second Amended Consolidated Stockholder Derivative Complaint for Breach of Fiduciary Duty in the above-captioned matter under seal.

_____
David Alan Ezra
Senior United States District Judge