# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-LY <br><br> (Consolidated with Case No. 1:22-cv-00611-LY) |
| This Document Relates To:<br><br>All Cases | |

### AGREED MOTION TO MODIFY BRIEFING SCHEDULE FOR FILINGS IN RESPONSE TO SECOND AMENDED CONSOLIDATED COMPLAINT

COMES NOW plaintiff Alvin Janklow ("Plaintiff"), individual defendant Elon Musk, and nominal defendant Tesla, Inc. (collectively, "Defendants," and with Plaintiff, the "Parties") move to modify the current deadlines for the Parties to file briefing related to Plaintiff's Second Amended Consolidated Complaint ("SAC"). In support of this motion, the Parties state and propose as follows:

1. Defendants shall file their Motion to Dismiss the SAC on or before July 1, 2024.

2. Plaintiff shall file his Answering Brief in opposition to the Motion to Dismiss on or before August 15, 2024.

3. Defendants shall file their Reply Brief in further support of the Motion to Dismiss on or before September 16, 2024.

The agreed-to extension is not entered into for purposes of delay and will not result in any prejudice.

WHEREFORE, the Parties pray for an order entering the Parties' briefing schedule as set forth in this motion.

1

Dated: May 16, 2024            Respectfully Submitted,

/s/ *Boris Feldman*
Boris Feldman (*admitted pro hac vice*)
Doru Gavril (*admitted pro hac vice*)
Jennifer Loeb (*admitted pro hac vice*)
Rebecca Lockert *(pro hac vice pending)*
Olivia Rosen *(pro hac vice pending)*
FRESHFIELDS BRUCKHAUS
 DERINGER US LLP
855 Main Street
Redwood City, California 94063
Telephone: (650) 421-8200
Facsimile: (212) 277-4001
E-mail: boris.feldman@freshfields.com
 doru.gavril@freshfields.com
 jennifer.loeb@freshfields.com
 rebecca.lockert@freshfields.com
 olivia.rosen@freshfields.com

Gary Ewell
State Bar No. 06752800
Alithea Z. Sullivan
State Bar No. 24072376
EWELL, BROWN, BLANKE & KNIGHT LLP
111 Congress Ave., Suite 2800
Austin, Texas 78701
Telephone: (512) 770-4030
Facsimile: (877) 851-6384
E-mail: gewell@ebbklaw.com
 asullivan@ebbklaw.com
*Attorneys for Defendant*

Dated: May 16, 2024            */s/ Shane P. Sanders*
Brian J. Robbins
Craig W. Smith
Shane P. Sanders
Gregory Del Gaizo
ROBBINS LLP
5060 Shoreham Place, Suite 300
San Diego, California 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
 csmith@robbinsllp.com
 ssanders@robbinsllp.com
 gdelgaizo@robbinsllp.com
*Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I certify that on May 15, 2024, I conferred with counsel for Plaintiff, Shane Sanders, regarding this motion and he stated that he agrees with the relief requested herein.

*/s/ Olivia Rosen*
Olivia Rosen

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on May 16, 2024, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

*/s/ Gary Ewell*
Gary Ewell
