**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |
| This Document Relates To:<br><br>All Cases | |

**ORDER**

On this day, the Court considered the Agreed Motion to Modify Briefing Schedule for Filings in Response to Second Amended Consolidated Complaint (the "Motion"). After consideration the Court hereby GRANTS the Motion.

Accordingly, the Court ORDERS as follows:

1. Individual defendant Elon Musk and nominal defendant Tesla, Inc. (collectively, "Defendants") shall file their Motion to Dismiss the Second Amended Consolidated Complaint on or before July 1, 2024.

2. Plaintiff shall file his Answering Brief in opposition to the Motion to Dismiss on or before August 15, 2024.

3. Defendants shall file their Reply Brief in further support of the Motion to Dismiss on or before September 16, 2024.

SO ORDERED, THIS _____ DAY OF _____, 2024.

_____
HON. DAVID ALAN EZRA
UNITED STATES DISTRICT COURT JUDGE