UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Lead Case No.: 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED COMPLAINT

Before the Court is Defendants' Motion to Dismiss Plaintiff's Second Amended Consolidated Complaint (the "Motion"). The Court, having considered the arguments as set forth in the parties' briefing on the Motion, and pursuant to Federal Rules of Civil Procedure 23.1 and 12(b)(6), and finding good cause therefor, hereby GRANTS the Motion and dismisses this action with prejudice.

SIGNED this the _____ day of _____.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE