UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO MODIFY DEADLINE TO FILE ANSWERING BRIEF IN OPPOSITION TO MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT**

On this day, the Court considered the Agreed Motion to Modify Deadline to File Answering Brief in Opposition to Motion to Dismiss Second Amended Consolidated Complaint (the "Motion"). After consideration the Court hereby GRANTS the Motion. Accordingly, the Court ORDERS as follows:

1. Plaintiff shall file and serve his opposition to the Motion to Dismiss Second Amended Consolidated Complaint (the "Motion to Dismiss") by August 22, 2024.

2. Defendants shall file and serve any reply in further support of their Motion to Dismiss by September 27, 2024.

SO ORDERED, this _____ day of _____, 2024.

                                                                                 HONORABLE DAVID A. EZRA
                                                                                 SENIOR UNITED STATES DISTRICT COURT JUDGE

1672598