UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |
| This Document Relates To:<br><br>All Cases | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT UNDER SEAL

Upon application of Defendants, and for good cause shown, IT IS HEREBY ORDERED that Defendants may file their unredacted Motion to Dismiss Plaintiff's Second Amended Consolidated Complaint in the above-captioned matter under seal.

SIGNED this the __14th__ day of __August__.

HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

1