UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> All Cases | § § § § § § § § § § § § § § § § | Lead Case No. 1:22-cv-00592-DAE <br><br> (Consolidated with Case No. 1:22-cv-00611-DAE) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBIT A ATTACHED TO THE DECLARATION OF SHANE P. SANDERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT UNDER SEAL**

Upon application of plaintiff Alvin Janklow ("Plaintiff"), and for good cause shown, **IT IS HEREBY ORDERED** this 23 day of August, 2024, that Plaintiff may file his Exhibit A attached to the Declaration of Shane P. Sanders in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Complaint in the above-captioned matter under seal.

HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRICT COURT JUDGE