# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Lead Case No.: 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |

## ORDER

Before the Court is the Motion for Leave to File Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Complaint Under Seal.

IT IS HEREBY ORDERED that Defendants may file their unredacted Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Complaint in the above-captioned matter under seal.

SIGNED this 9th day of October, 2024.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE