UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Lead Case No.: 1:22-cv-00592-LY<br><br>(Consolidated with Case No. 1:22-cv-00611-LY) |

## NOTICE OF CHANGE OF FIRM NAME

To:   All Counsel of Record

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has changed its name to Freshfields US LLP.  The Firm's and its attorneys' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system, including PACER where applicable, of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Dated: October 15, 2024

Respectfully submitted,

*/s/ Gary Ewell*
Boris Feldman (*pro hac vice*)
Doru Gavril (*pro hac vice*)
Jennifer Loeb (*pro hac vice*)
Rebecca Lockert *(pro hac vice)*
Olivia Rosen *(pro hac vice)*
FRESHFIELDS US LLP
855 Main Street
Redwood City, California 94063
Telephone: (650) 421-8200

Notice of Change of Firm Name                                                                                                                  1

        Facsimile: (212) 277-4001
E-mail: boris.feldman@freshfields.com
       doru.gavril@freshfields.com
       jennifer.loeb@freshfields.com
       rebecca.lockert@freshfields.com
       olivia.rosen@freshfields.com

Gary Ewell (SBN: 06752800)
EWELL, BROWN, BLANKE & KNIGHT LLP
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: (512) 770-4000
Facsimile: (877) 851-6384
gewell@ebbklaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2024, a copy of the foregoing document was served on counsel for plaintiffs via electronic mail.

*/s/ Gary Ewell*_____
Gary Ewell