UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE TESLA INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Cases | § § § § § § § § § § § § § § § Lead Case No. 1:22-cv-00592-DAE<br><br>(Consolidated with Case No. 1:22-cv-00611-DAE) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED <u>CONSOLIDATED COMPLAINT</u>**

Plaintiff Alvin Janklow ("Plaintiff") respectfully submits the attached recent opinion, *Tornetta v. Musk, et al.*, C.A. No. 218-0408-KSJM (Del. Ch. Dec. 2, 2024) (attached hereto as Exhibit A), in further support of plaintiff's opposition to the motion to dismiss plaintiff's second amended consolidated complaint filed by defendant Elon Musk and nominal defendant Tesla, Inc. (ECF No. 106) ("Opposition"). *Tornetta* is relevant because it is cited and relied upon by the parties in Defendants' Motion to Dismiss Plaintiff's Second Amended Consolidated Complaint at 9-13 (ECF No. 102), Plaintiff's Opposition at 9-16, and Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Complaint at 5-10 (ECF No. 113).

Dated: December 16, 2024              Respectfully submitted,

                                      ROBBINS LLP

                                      */s/ Shane P. Sanders*
                                      SHANE P. SANDERS (*pro hac vice*)
                                      BRIAN J. ROBBINS
                                      CRAIG W. SMITH (*pro hac vice*)
                                      5060 Shoreham Place, Suite 300
                                      San Diego, CA 92122
                                      Telephone: (619) 525-3990
                                      Facsimile: (619) 525-3991
                                      E-mail: brobbins@robbinsllp.com
                                              csmith@robbinsllp.com
                                              ssanders@robbinsllp.com

                                      KENDALL LAW GROUP, PLLC
                                      JOE KENDALL
                                      State Bar No. 11260700
                                      3811 Turtle Creek, Blvd., Suite 1450
                                      Dallas, TX 75219
                                      Telephone: (214) 744-3000
                                      Facsimile: (214) 744-3015
                                      E-mail: jkendall@kendalllawgroup.com

                                      *Co-Lead Counsel for Plaintiffs*

1683226

1

## **CERTIFICATE OF SERVICE**

I hereby certify on December 16, 2024, a copy of the foregoing document was served on defense counsel via e-mail.

*/s/ Shane P. Sanders*
SHANE P. SANDERS